UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDELL HICKEN,

    Plaintiff,

v.                                  CASE NO. 8:12-CV-1793-T-17TBM

MIGRANT STUDIOS, LLC,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 18    Motion for Partial Summary Judgment
Dkt. 22    Motion to Strike Answer; Motion for Judgment

Plaintiff Hicken's Complaint includes the following:

        Count I     Breach of Contract
        Count II    Trademark Infringement
        Count III   Cancellation of Trademark Registration
        Count IV   Common Law Unfair Competition

    Plaintiff Hicken seeks a permanent injunction, disgorgement of Defendant's profits from infringement of Plaintiff's trademark rights; compensatory damages in connection with Defendant's trademark infringement, breach of contract and fraudulent registration, treble damages, punitive damages, prejudgment interest, costs, expenses and reasonable attorney's fees, an order cancelling U.S. Trademark Registration No. 4,052,938 to be certified to the U.S.P.T.O. pursuant to 15 U.S.C. Sec. 1119, and other appropriate relief.

Case No. 8:12-CV-1793-T-17TBM

Defendant Migrant Studios, LLC filed an Answer (Dkt. 7). However, Defendant did not appear through counsel admitted in the Middle District of Florida. The Court directed Defendant to comply with the Local Rule requiring appearance by counsel admitted in this District. (Dkt. 20). Defendant has not obtained counsel, has not responded to the Motion for Partial Summary Judgment, and has not responded to the Court's Order to Show Cause (Dkt. 23). Plaintiff has moved to strike the Answer, and for entry of judgment in favor of Plaintiff as to liability on each claim in the Complaint. The only issue remaining for disposition is the relief to which Plaintiff is entitled.

After consideration, the Court grants the Motion to Strike, and Defendant's Answer is stricken. The Court grants the Motion for Judgment, and Motion for Partial Summary Judgment, as to liability. This case remains set for trial on the issue of the relief to which Plaintiff is entitled. In the event those issues can be resolved by an evidentiary hearing rather than at trial, Plaintiff shall file an appropriate Motion and Memorandum. Accordingly, it is

**ORDERED** that the Motion to Strike Answer (Dkt. 22) is **granted**; the Motion for Judgment (22) and Motion for Partial Summary Judgment (Dkt. 18) are **granted** as to liability. This case remains set for nonjury trial as to the relief to which Plaintiff is entitled.

Case No. 8:12-CV-1793-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 1st day of October, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record