UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDELL HICKEN,

      Plaintiff,

v.                                CASE NO.  8:12-CV-1793-T-17TBM

MIGRANT STUDIOS, LLC,

      Defendant.

_____/


ORDER

      This cause is before the Court on:


Dkt. 38   Report and Recommendation

The Complaint in this case includes the following:

| | |
|---|---|
| Count I | Breach of Contract |
| Count II | Trademark Infringement |
| Count III | Cancellation of Trademark Registration |
| Count IV | Common Law Unfair Competition |


      The Court has granted Plaintiff's Motion for Partial Summary as to liability.  (Dkt. 24).  The assigned Magistrate Judge has entered a Report and Recommendation on Plaintiff's Motion for Summary Judgment (Dkt. 28), in which it is recommended that the undersigned award damages for breach of the License Agreement in the amount of $229.50, enter an Order of disgorgement of $2,700.00 in profits, and award damages in the total amount of $8,100.00 for trademark infringement and unfair competition, together with legal fees totaling $23,033.45 and costs of $394.55.  It is further recommended that the Court enter an injunction permanently enjoining Defendant Migrant Studios, LLC, its agents and assigns from using the trademark, "Scorched Earth," or any other trademark that falsely connotes that Defendant's product is

Case No. 8:12-CV-1793-T-17TBM

approved or sponsored by, emanates from, or is otherwise associated with Plaintiff Wendell Hicken. It is further recommended that the Court order cancellation of Defendant's United States trademark registration No. 4,052,938 issued for the trademark, "Scorched Earth," certifying to the Director of the USPTO the finding that trademark registration, No. 4,0523,938 was falsely procured, and directing the Director to make the appropriate entry upon the records of the Patent and Trademark Office.

The Court has independently examined the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 38) is **adopted** and **incorporated by reference**. Plaintiff's Motion for Summary Judgment (Dkt. 28) is **granted**. Plaintiff Wendell Hicken is awarded damages in the amount of $229.50 for breach of the License Agreement. Defendant Migrant Studios, LLC shall disgorge profits in the amount $2,700.00 to Plaintiff Wendell Hicken. Plaintiff Wendell Hicken is further awarded $8,100.00 in damages, $23,033.45 in legal fees and $394.55 in costs from Migrant Studios, LLC. The total amount due to Plaintiff Wendell Hicken is $34,457.50. The Clerk of Court shall enter a final judgment in the above amount in favor of Plaintiff Wendell Hicken, in care of Christie, Parker & Hale, LP, 655 N. Central Ave., Suite 2300, Glendale, CA, 91203-1445, and against Defendant Migrant Studios, LLC, 2402 W. Azeele St., Unit 414, Tampa, FL, 33609. It is further

**ORDERED** that Defendant Migrant Studios, LLC, and its agents and assigns, are permanently enjoined from using the trademark "Scorched Earth," or any other trademark which falsely connotes that Defendant's product is approved or sponsored by, emanates from, or is otherwise associated with Plaintiff Wendell Hicken. It is further

Case No. 8:12-CV-1793-T-17TBM

**ORDERED** that Defendant Migrant Studios, LLC's Trademark Registration No. 4,052,938 is **cancelled** because the Trademark Registration was falsely procured.  The Clerk of Court shall certify this Order to the Director of the United States Patent and Trademark Office for entry on the records of the Patent and Trademark Office.

Upon entry of a final judgment, the Clerk of Court shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 20th day of May, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record